UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-cv-24488-FAM

REGINALD WILSON,

       Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and LVNV FUNDING LLC;

       Defendants.
_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT TRANS UNION, LLC**

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff, Reginald Wilson, and Defendant, Trans Union, LLC ("Trans Union"), that all claims by Plaintiff against Defendant Trans Union LLC, shall be dismissed with prejudice, in entirety and without an award of costs, disbursements or attorneys' fees to either Plaintiff or Defendant.

Respectfully submitted,

*/s/ Charlotte Long*
Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  317-902-9640
***Counsel for Defendant Trans Union, LLC***

1

/s/
Joel D. Lucoff, Esq.
joel@debtshieldlaw.com
Debt Shield Law
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021
Telephone:  754-800-5299
*Counsel for Plaintiff*


/s/
Jason D. Joffe, Esq.
jason.joffe@squirepb.com
Squire Sanders & Dempsey LLP
200 S Biscayne Boulevard
40th Floor
Miami, FL 33131
Telephone:  305-577-7000
*Counsel for Defendant Equifax Information Services, LLC*


/s/
John M. Marees, II, Esq.
jmarees@messerstrickler.com
Messer Strickler, LTD.
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
Telephone:  904-527-1172
*Counsel for Defendant LVNV Funding LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ *Charlotte Long*
Charlotte Long, Esq.