UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24488-CIV-MORENO

REGINALD WILSON,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION, LLC
and LVNV FUNDING LLC,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AS TO DEFENDANT TRANS UNION LLC

THIS CAUSE came before the Court upon Stipulation of Voluntary Dismissal with Prejudice as to Defendant Trans Union LLC (**D.E. 33**), filed on **January 29, 2024**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice as to Defendant Trans Union LLC, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court reserves jurisdiction for six months to enforce the terms of the settlement.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd of February 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record