UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 23-24488-CIV-MORENO

REGINALD WILSON,

        Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
LVNV FUNDING LLC

        Defendants.
_____/

### FINAL ORDER OF DISMISSAL AGAINST EXPERIAN INFORMATION SOLUTIONS, INC.

THIS CAUSE came before the Court upon Plaintiff's Notice of Proposed Settlement (**D.E. 39**), filed on **April 15, 2024**.

THE COURT has considered the notice and the pertinent portions of the record and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** as to Defendant Experian Information Solutions, Inc., with each party bearing its own fees and costs. Fed R. Civ. P. 41(a)(1)(A)(ii). The Court reserves jurisdiction for six months to enforce the terms of the settlement.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th of April 2024.

*[signature: Federico A. Moreno]*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record